UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DWAYNE ALMOND,

                Plaintiff,

v.                                          Case No. 14-cv-901-pp
                                              Appeal No. 17-1218

WILLIAM POLLARD, *ET AL.*,

                Defendants.

---

## ORDER COLLECTING APPELLATE FILING FEE

---

On January 27, 2017, the plaintiff, an incarcerated inmate who is representing himself, filed a notice of appeal of this court's order denying his motion to proceed without prepaying the filing fee. Dkt. No. 116. On February 24, 2017, this court denied the plaintiff's request to proceed without prepaying the filing fee on appeal and directed the plaintiff to pay the appellate filing fee of $505.00 within fourteen days of the order. Dkt. No. 123. The plaintiff did not pay the appellate filing fee, and the United States Court of Appeals for the Seventh Circuit dismissed his appeal on May 10, 2017. Dkt. No. 128.

This court now must collect the outstanding fees using the procedures outlined in 28 U.S.C. §1915(b).

The court **ORDERS** that the agency having custody of the plaintiff shall collect from his institution trust account the $505.00 balance of the appeal filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited

1

to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The agency shall clearly identify the payments by the case name and number. If the plaintiff is transferred to another institution (county, state or federal), the transferring institution shall forward a copy of this order to the new institution, along with plaintiff's remaining balance to the receiving institution.

The court will send a copy of this order to the officer in charge of the agency where the inmate is confined (the warden of the Milwaukee Secure Detention Facility), and will send a copy of the order to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated in Milwaukee, Wisconsin this 20th day of June, 2017.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**